

**REPLY TO:**
1400 Old Country Road, Suite
C103
Westbury, NY 11590
516-394-6921

_____

7 Century Drive, Suite 201
Parsippany, NJ 07054

_____

28 East Main Street, Suite 1800
Rochester, NY 14614

December 11, 2017

<u>**VIA ECF**</u>

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**RE:    Sean Steppe, Debtor
        Case Number: 17-23006**

Dear Judge Drain:

As you are aware, this firm represents the Plaintiff in the above referenced matter. Please accept this letter as a status report for the loss mitigation efforts in the above referenced case. On June 23, 2017, the debtor was offered a trial period plan with payments beginning 8/1/17. The lender issued a denial on October 5, 2017 as debtor failed to accept the trial period plan within the required time frame. At this time, we respectfully request termination of loss mitigation.

Respectfully submitted,

/s/ Jonathan C. Schwalb, Esq.