UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
QIBNY038

In re:  :  Case No. 17-23006 (RDD)

SEAN STEPPE,  :  Chapter: 13

Debtor  :

# ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: BAYVIEW LOAN SERVICING, LLC

**Property Address**: 146 BEECHWOOD AVENUE MOUNT VERNON, NY 10553

**Last Four Digits of Account Number of Loan**: 1900

**File Date of Loss Mitigation request**: 06/26/2017

**Date of Entry of Loss Mitigation Order**: 09/25/2017

**Date of Entry of Order Approving Settlement (*if any*)**: ___N/A___

**Other Requests for Loss Mitigation in this Case**: ____ Yes   _X_ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| ☐ | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | X | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: White Plains, New York
December 14, 2017

/s/ Robert D. Drain
United States Bankruptcy Judge